# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

REGINA D. KURTH.,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-046-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____7/30/08_____
**Date**